## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Fort Joy Development 2, L.P. | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | Nos. 53 and 54 C.D. 2021 |
| | : | |
| Newtown Township Board of | : | |
| Supervisors, | : | |
| Appellant | : | |
| | | |
| Fort Joy Development 2, L.P. | : | |
| | : | |
| v. | : | Nos. 55 and 56 C.D. 2021 |
| | : | |
| Newtown Township Board of | : | |
| Supervisors | : | |
| | : | |
| Appeal of: Christopher Rohner and | : | |
| Yvonne Rohner | : | |

## PER CURIAM                    O R D E R

NOW, September 8, 2022, having considered Designated Appellee Fort Joy Development 2, L.P.'s application for reargument and Designated Appellants' answers in response thereto, the application is denied.